UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCIENTIFIC PLASTIC PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BIOTAGE AB, et al., <br><br> Defendants. | Case No. 09-cv-677 BAS (BLM) <br><br> **ORDER REQUIRING STATUS UPDATE** |

This action was recently transferred to this Court (Doc. 41) while the action was stayed pursuant to court order (Doc. 36).  The Court requires that, for the stay to continue, that the parties submit a joint status update detailing the status of the underlying patents and reasserting the basis for the stay on or before **August 4, 2014**.  Thereafter, the Court will set a regular schedule for future status updates.

   **IT IS SO ORDERED.**

**DATED: July 24, 2014**

Hon. Cynthia Bashant
United States District Judge