Elizabeth Brann (SB# 222873)
elizabethbrann@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, Twelfth Floor
San Diego, CA 92121
Telephone:  (858) 458-3000
Facsimile:  (858) 458-3005

Attorneys for Defendant
MERCK & Co., INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCIENTIFIC PLASTIC PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BIOTAGE AB, BIOTAGE GB LTD., BIOTAGE, LLC, BIOTAGE, INC. and MERCK & CO.,<br><br>Defendants. | CASE NO. 3:09-CV-00677-BAS-BLM<br><br>**MOTION AND ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| AND ALL RELATED COUNTER-CLAIMS AND CROSS-CLAIMS | |

LEGAL_US_E # 111341992.2

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that, subject to approval by the court, Merck & Co., Inc. substitutes Elizabeth L. Brann, State Bar No. 222873, as counsel of record in place of Ary Chang, James Pistorino, and John F. Lynch.

Contact information for new counsel is as follows:

>   Elizabeth L. Brann
>   PAUL HASTINGS LLP
>   4747 Executive Drive, Twelfth Floor
>   San Diego, CA 92121
>   Telephone:  (858) 458-3000
>   Facsimile:  (858) 458-3005
>   elizabethbrann@paulhastings.com

Paul Hastings is already counsel of record for Merck in a related action, Case No. 3:11-cv-02778-BAS-BLM.

I consent to being substituted.

DATED:  August 4, 2014         By:  _____/s/ *Ary Chang*_____
                                         ARY CHANG

>   FOLEY AND LARDNER LLP
>   3579 Valley Centre Drive
>   Suite 300
>   San Diego, CA 92130
>   Telephone:  (858) 847-6700
>   Facsimile:  (858) 792-6773
>   achang@foley.com

                               By:  _____/s/ *James C. Pistorino*_____
                                         JAMES C. PISTORINO

>   PERKINS COIE LLP
>   3150 Porter Drive
>   Palo Alto, CA 94304-1212
>   Telephone:  (650) 838-4392
>   Facsimile:  (650) 838-4592
>   jpistorino@perkinscoie.com

I consent to the above substitution.

DATED: August 4, 2014         By:         /s/ *Elizabeth L. Brann*
                                          ELIZABETH L. BRANN

                                          PAUL HASTINGS LLP
                                          4747 Execution Drive, Twelfth Floor
                                          San Diego, CA 92121
                                          Telephone:  (858) 458-3000
                                          Facsimile:  (858) 458-3005
                                          elizabethbrann@paulhastings.com

The substitution of attorney is hereby approved and so ORDERED.

DATED: August ___, 2014       By: _____
                                          HON. BARBARA LYNN MAJOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 4th day of August, 2014 with a copy of this document via the Court's CM/ECF system.  I certify that all parties in this case that have made an appearance to date are represented by counsel who are CM/ECF participants

By:     /s/ *Elizabeth L. Brann*
        ELIZABETH L. BRANN

Elizabeth L. Brann (SB# 222873)
elizabethbrann@paulhastings.com
PAUL HASTINGS LLP
4747 Execution Drive, Twelfth Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Attorneys for Defendant
MERCK & CO., INC.