MATTHEW V. HERRON (#71193)
**HERRONLAW APC**
350 Tenth Avenue, Suite 880
San Diego, CA 92101-8705
Phone: (619) 233-4122
Fax: (619) 233-3709

PAUL K. VICKREY (*Pro Hac Vice*)
RICHARD B. MEGLEY, JR.
(*Pro Hac Vice*)
FREDERICK C. LANEY
(*Pro Hac Vice*)
LAURA A. KENNEALLY
(*Pro Hac Vice*)
**NIRO, HALLER & NIRO**
181 West Madison St., Suite 4600
Chicago, IL 60602-4515
Phone: (312) 236-0733
Fax: (312) 236-3137

*Attorneys for Plaintiff*
*SCIENTIFIC PLASTIC PRODUCTS, INC.*

Ary Chang, (SBN 244247)
FOLEY & LARDNER LLP
3579 Valley Centre Drive, Suite 300
San Diego, Ca 92130
Telephone: 858.847.6700
Facsimile: 858.792.6773

*Attorneys for Defendants*
*BIOTAGE AB, BIOTAGE GB LTD., and BIOTAGE, LLC*

Elizabeth L. Brann (SB# 222873)
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Phone: (858) 458-3000
Fax: (858) 458-3005

Bruce Wexler
(*Pro Hac Vice to be submitted*)
PAUL HASTINGS LLP
75 E. 55th Street
New York, NY 10022
Phone: (212) 318-6000
Facsimile: (212) 230-7644

*Attorneys for Defendant,*
*MERCK & CO., INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCIENTIFIC PLASTIC PRODUCTS, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BIOTAGE AB, BIOTAGE GB LTD., BIOTAGE, LLC, BIOTAGE, INC. and MERCK & CO.,<br><br>　　　　　　　Defendants. | Case No. 3:09-CV-00677-BAS-BLM<br><br>**JOINT STATUS UPDATE**<br><br>Complaint Filed: April 3, 2009<br><br>The Honorable Cynthia Bashant<br>Magistrate Barbara L. Major |

Pursuant to the Court's Order (Dkt. No. 44), Plaintiff Scientific Plastic Products, Inc. ("SPP"), Defendants Biotage AB, Biotage GB Ltd., and Biotage, LLC (collectively "Biotage"), and Defendant Merck & Co., Inc. ("Merck"), by and through their respective counsel, hereby submit this Joint Status Update.

On October 6, 2009, the Court granted Defendants Biotage and Merck's unopposed motion to stay proceedings, on the grounds that the patents at issue in the case, U.S. Patent Nos. 7,138,061 ("the '061 Patent"); 7,381,327 ("the '327 Patent"); and 7,410,571 ("the '571 patent") (together, the "patents-in-suit"), were the subject of *inter partes* reexamination proceedings before the United States Patent and Trademark Office ("Patent Office"). (Doc.36.) All claims of the patents-in-suit subject to reexamination currently stand rejected.

As issued, the '327 patent included 20 claims. On August 21, 2009, the Patent Office granted Biotage's request for reexamination of those claims, and all 20 claims were found unpatentable by the patent examiner in Reexamination Control No. 95/000,495. SPP traversed the rejections adopted by the patent examiner. On March 3, 2011, the Patent Office issued a Right of Appeal Notice providing a final rejection invalidating all claims subject to the *inter partes* reexamination of the '327 patent.

As issued, the '061 patent included 22 claims. On August 21, 2009, the Patent Office granted Biotage's request for reexamination of those claims, and all 21 claims were found unpatentable by the patent examiner in Reexamination Control No. 95/000,497. SPP traversed the rejections adopted by the patent

**JOINT STATUS UPDATE**

examiner. On May 5, 2011, the PTO issued a Right of Appeal Notice providing a final rejection invalidating all claims subject to the *inter partes* reexamination of the '061 patent.

As issued, the '571 patent included 18 claims. On August 21, 2009, the Patent Office granted Biotage's request for reexamination of those claims, and all 18 claims were found unpatentable by the patent examiner in Reexamination Control No. 95/000,496. SPP traversed the rejections adopted by the patent examiner. On September 2, 2011, the Patent Office issued a Right of Appeal Notice providing a final rejection invalidating all claims subject to the *inter partes* reexamination of the '571 patent.

SPP appealed the decisions of the Patent Office rejecting all claims subject to the *inter partes* reexamination of the '327, 061 and '571 patents to the Patent Trial and Appeal Board ("PTAB"). On November 30, 2012, the PTAB, which heard SPP's appeals regarding the '327, '061 and '571 patents together, entered a final decision affirming the examiner's rejections of each of the appealed claims.

On January 15, 2013, SPP filed a Notice of Appeal from the PTAB's decisions. On April 19, 2013, the parties jointly requested consolidation of the three appeals Nos. 2013-1219, 2013-1220 and 2013-1221 pending before the United States Court of Appeals for the Federal Circuit. The Federal Circuit heard oral argument regarding the consolidated appeals on December 3, 2013. The parties are currently awaiting a decision from the Federal Circuit.

The parties submit that this case should remain stayed until the Federal Circuit issues a decision, which could simplify or eliminate issues presented in this

**JOINT STATUS UPDATE**

action.  The parties agree to notify the Court of the Federal Circuit's decision within 10 days of the issuance of a decision from the Federal Circuit.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| */s/Ary Chang* <br> Ary Chang <br> **FOLEY & LARDNER LLP** <br> 3579 Valley Centre Dr., Ste. 300 <br> San Diego, CA 92130 <br> Phone:  (858) 847-6700 <br> Fax:  (858) 792-6773 <br> achang@foley.com <br><br> ***Attorneys for Biotage AB, Biotage GB Ltd. & Biotage, LLC.*** | */s/Laura A. Kenneally* <br> MATTHEW V. HERRON (#71193) <br> **HERRONLAW APC** <br> 350 Tenth Avenue, Suite 880 <br> San Diego, CA  92101-8705 <br> Phone: (619) 233-4122 <br> Fax: (619) 233-3709 <br> Email:  mhwerron@herronlawapc.com <br><br> PAUL K. VICKREY (*Pro Hac Vice*) <br> RICHARD B. MEGLEY, JR. (*Pro Hac Vice*) <br> FREDERICK C. LANEY (*Pro Hac Vice*) <br> LAURA A. KENNEALLY (*Pro Hac Vice*) <br> **NIRO, HALLER & NIRO** <br> 181 West Madison St., Suite 4600 <br> Chicago, IL 60602-4515 <br> Phone: (312) 236-0733 <br> Fax: (312) 236-3137 <br> Email:  vickrey@nshn.com <br> Email:  laney@nshn.com <br> Email:  lkenneally@nshn.com <br><br> ***Attorneys for Plaintiff*** <br> ***Scientific Plastic Products, Inc.*** |
| Respectfully submitted, <br><br> */s/Elizabeth L. Brann* <br> Bruce M. Wexler <br> PAUL HASTINGS LLP <br> 75 East 55th Street <br> New York, NY 10022 <br> Phone:  (212) 318-6020 <br> Fax:  (212) 230-7644 <br> brucewexler@paulhastings.com <br><br> Elizabeth L. Brann <br> PAUL HASTINGS LLP <br> 4747 Execution Drive, <br> Twelfth Floor <br> San Diego, CA 92121 <br> Phone:  (858) 458-3000 <br> Fax:  (858) 458-3005 <br> elizabethbrann@paulhastings.com <br><br> ***Attorneys for Merck & Company*** | |

- 4 -    Case No. 3:09-CV-00677-CB-BLM

**JOINT STATUS UPDATE**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 4, 2014 the foregoing

**JOINT STATUS UPDATE**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

| | |
|---|---|
| Ary Chang<br>FOLEY & LARDNER LLP<br>3579 Valley Centre Drive, Suite 300<br>San Diego, CA 92130<br>Phone: (858) 847-6700<br>Fax: (858) 792-6773<br>achang@foley.com<br><br>**Attorneys for Biotage AB, Biotage GB Ltd. & Biotage, LLC.** | Elizabeth L. Brann (SB# 222873)<br>Bruce Wexler (Pro Hac Vice)<br>PAUL HASTINGS LLP<br>4747 Executive Drive, 12th Floor<br>San Diego, CA 92121<br>Telephone: 858.458.3000<br>Fax: 858.458.3005<br>elizabethbrann@paulhastings.com<br>bruce.wexler@paulhastings.com<br><br>**Attorneys for Merck & Co., Inc.** |

　　　　　　　　　　　　　　*/s/Laura A. Kenneally*
　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　Scientific Plastic Products, Inc.

Case No. 3:09-CV000677-CB-BLM